ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0203
rrplaw@sbcglobal.net

Attorneys for Plaintiffs
JUDY & SUKHENDRA SINGH
Individually and as G.A.L. For
Eddie Singh (minor)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SUKHENDRA SINGH, et al., ) | Case No.  CV-05-04210-MHP |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER APPROVING PETITION |
| vs. ) | FOR MINOR'S COMPROMISE OF |
| ) | CLAIMS |
| COUNTY OF ALAMEDA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      Plaintiffs herein, by and through their counsel, submitted a Petition for Court Approval of Minor's Compromise of Claims on June 22 , 2006, pertaining to a settlement that all plaintiffs had reached with the County of Alameda and the individually named employee-defendants of the County of Alameda.  The court also received a Statement of Non-Opposition from counsel for defendants, Ms. Sandy Narayan.

      Upon review of the file and consideration of the Petition, the Declaration of plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-

1
_____
Order of the Court on Petition for Court Approval
Of Petition for Minor's Compromise of Claims
Singh v. Alameda et al
U.S. Dist. Ct. – San Francisco
Case No. CV-05-04210-MHP

opposition of any other defendant provided to the court prior to the making of this order, the court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1.  The minor's claims against the defendant County of Alameda, and the individually named employee-defendants thereof, as compromised pursuant to the terms of the Settlement Agreement and Mutual General Release, and the Qualified Assignment and Release of Periodic Payment Obligation, (referred to collectively herein as the "settlement documents"), attached hereto and incorporated by this reference, is approved.  Plaintiffs' counsel may attach the fully executed settlement documents, when obtained, to this Order for purposes of submitting same to Allstate Life Insurance Company.

2.  The court approves of the dismissal of all claims with prejudice.  Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded.

3.  The court approves the distribution of attorney fees to plaintiffs' counsel, and the reimbursement of costs, as set forth in the Petition.

**IT IS SO ORDERED**

Date: June __27__, 2006



2
Order of the Court on Petition for Court Approval
Of Petition for Minor's Compromise of Claims
Singh v. Alameda et al
U.S. Dist. Ct. – San Francisco
Case No. CV-05-04210-MHP