1  ROBERT R. POWELL, ESQ. CSB# 159747
   DENNIS R. INGOLS, ESQ., CSB# 236458
2  THE LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
3  San Jose, California 95126
   T: 408-553-0200  F: 408-553-0203
4  rrplaw@sbcglobal.net
5
   Attorneys for Plaintiffs
6  JUDY & SUKHENDRA SINGH
   Individually and as G.A.L. For
7  Eddie Singh (minor)
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| SUKHENDRA SINGH, et al., | ) | Case No. CV-05-04210-MHP |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER OF |
| | ) | DISMISSAL OF ALL CLAIMS |
| vs. | ) | AGAINST ALL DEFENDANTS |
| | ) | WITH PREJUDICE |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   The parties, by and through their respective counsel, hereby agree to the dismissal of all claims in the above-entitled matter against all defendants, pursuant to the terms of a written agreement for settlement entered into by the parties with prejudice, each party to bear their own attorney fees and costs. The parties request the court order same.

//

//

//

Stipulation and Order of Dismissal                1
Singh v. Alameda County
U.S. District Court – Northern Cal.
Case No. CV 05-04210 MHP

Date: 8/16/2006                                    /S/
                                            Dennis R. Ingols
                                            Attorney for Plaintiffs


Date: 8/16/2006                            _____
                                            Julie L. Cho
                                            Attorney for Defendants


### ORDER OF DISMISSAL

The court has reviewed the above-noted Stipulation of Dismissals, and enters same as the order of this court.

IT IS SO ORDERED.


Date:  8 / 28 / 2006 .

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed, Judge Marilyn H. Patel]*

| | |
|---|---|
| Date: 8/16/2006 | /S/<br>Dennis R. Ingols<br>Attorney for Plaintiffs |
| Date: 8/16/2006 | *(signature)*<br>Julie L. Cho<br>Attorney for Defendants |

### ORDER OF DISMISSAL

The court has reviewed the above-noted Stipulation of Dismissals, and enters same as the order of this court.

IT IS SO ORDERED.

Date: ___/___/___

JUDGE MARILYN PATEL
U.S. DISTRICT COURT –
NORTHERN DISTRICT OF
CALIFORNIA